# Third District Court of Appeal

## State of Florida

Opinion filed November 05, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-583
Lower Tribunal No. 06-43329
_____

**Weder Vilsaint,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Monica Gordo, Judge.

Weder Vilsaint, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, ROTHENBERG, and LAGOA, JJ.

ROTHENBERG, J.

The defendant, Weder Vilsaint, appeals the trial court's order summarily denying his rule 3.850 motion for postconviction relief. We affirm and commend the trial court for its thorough, articulate, and well-reasoned order.

Affirmed.